**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## No. 19-7065

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

RAYMOND IDEMUDIA AIGBEKAEN,

        Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. James K. Bredar, Chief District Judge.  (1:15-cr-00462-JKB-2)

Submitted:  November 9, 2021            Decided:  November 12, 2021

Before MOTZ, WYNN, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Raymond Idemudia Aigbekaen, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond Idemudia Aigbekaen appeals the district court's order denying relief on his Fed. R. Crim. P. 33 motion for a new trial. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Aigbekaen*, No. 1:15-cr-00462-JKB-2 (D. Md. Aug. 11, 2020). We deny as moot the Government's motion to dissolve abeyance, and we deny Aigbekaen's motions for mandamus, for fees, to intervene in a prison matter, for acquittal, to reverse the district court's detention order, to expedite and for immediate release, to dismiss his sex trafficking conviction, for resentencing, and to supplement. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*